**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| THOMAS E. REESE | ) | CASE NO. 1:07CV249 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLEVELAND CITY SCHOOL DISTRICT, et al. | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 s/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

May 4, 2007